MARIE E. BARKER, Respondent, *v.* FRANK G. SHATTUCK COMPANY, Appellant.

*Barker* v. *Shattuck Co.,* 180 App. Div. 891, affirmed.

(Argued April 23, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. While leaving defendant's place of business plaintiff stepped into an open elevator shaft in the sidewalk and, as alleged, received the injuries complained of. Defendant contended that no negligence

on its part was proved; that the injuries complained of were not connected with the accident by the testimony and that the verdict was not supported by the evidence.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellant.

*Bernard Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.